# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

ROBERT DEVON HAYDEN

Case Number: 2:96-cr-74-FtM-29DNF

USM Number: 19292-018

Martin DerOvanesian, FPD
1514 Broadway
Fort Myers, Florida 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) One, Two, Three, Four, Five, Six of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to report within 72 hours of release from custody of the Bureau of Prisons | October 6, 2005 |
| Two | Failure to notify the Probation Office within 72 hours after being arrested: The defendant failed to notify probation that on 11/7/2005 he was arrested on the offense of No Driver's License, Possession of Cocaine, Trespass other than Structure, and Resisting Arrest without Violence | November 5, 2005 |
| Three | New Criminal Conduct: On 11/7/2005, the defendant committed the offense of No Driver's License as evidenced by his conviction in Lee County Circuit Court, Docket #05-CF-019444, on 3/31/2006 | March 31, 2006 |
| Four | New Criminal Conduct: On 11/7/2005, the defendant committed the offense of Possession of Cocaine as evidenced by his conviction in Lee County Circuit Court, Docket #05-CF-019444, on 3/31/2006 | March 31, 2006 |
| Five | New Criminal Conduct: On 11/7/2005, the defendant committed the offense of Trespass other than Structure as evidenced by his conviction in Lee County Circuit Court, Docket #05-CF-019444, on 3/31/2006 | March 31, 2006 |
| Six | New Criminal Conduct: On 11/7/2005, the defendant committed the offense of Resisting Arrest without Violence as evidenced by his conviction in Lee County Circuit Court, Docket #05-CF-019444, on 3/31/2006 | March 31, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name,

residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

7/23/2007

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

July **23**, 2007

2:96-cr-74-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 Months**.

**The Court recommends to the Bureau of Prisons:**

1. Participation in any available drug treatment program
2. Participation in a halfway house, if and when eligible.
3. Incarceration close to home (Fort Myers, Florida).

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **REVOKED and not reimposed**.